IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

JAIME GARZA-ARIZPE,              )
                                 )
v.                               )
                                 )     CIVIL ACTION NO. B-03-037
                                 )
AARON CABRERA, ACTING            )
INS HLG/DO, and                  )
JOHN ASHCROFT, UNITED STATES     )
ATTORNEY GENERAL                 )
_____  )

## OPPOSED MOTION TO HOLD IN ABEYANCE

The issues raised by the Petitioner herein are identical or
similar to those recently addressed by U.S. Magistrate Judge
Recio's Report and Recommendation in Salazar-Regino v.
Trominski., No. CA B-02-045 (S.D. Tex. Report and Recommendation,
March 26, 2003), and the cases that have been consolidated with
it.  The Government has filed objections to the Report and
Recommendation and District Court Judge Tagle will then rule on
the matter.  It is anticipated that an appeal will be filed by
one of the parties with the Fifth Circuit Court of Appeals.  A
final resolution of Salazar-Regino v. Trominski., No. CA B-02-045
and the consolidated cases on appeal likely would be controlling
in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas


LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
Dated April 21, 2002          Federal Bar No. 23937

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel is opposed to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this the 21st day of April, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney