IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAIME GARZA-ARIZPE, )<br>)<br>v. )<br>) CIVIL ACTION NO. B-03-037<br>AARON CABRERA, ACTING )<br>INS HLG/DO, and )<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL )<br>_____ ) | |

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

Upon consideration of the Opposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

It is therefore ORDERED that this case shall be held in abeyance pending a final decision in <u>Salazar-Regino v. Trominski</u>, No. CA B-02-045 (S.D. Tex.), and in the consolidated cases.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of any dispositive order in <u>Salazar-Regino v. Trominski</u> and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of <u>Salazar-Regino v. Trominski</u> and the consolidated cases.

Done this 30th day of April, 2003, in Brownsville, Texas.

_____