8

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAIME GARZA-ARIZPE,            )
                               )
                               )
v.                             )       C.A. No. B-03-037
                               )
AARON CABRERA, ACTING DIRECTOR )
   INS HLG/DO, and             )
JOHN ASHCROFT, ATTORNEY        )
   GENERAL OF THE UNITED STATES.)
                               )
_____)

PETITIONER'S ADVISAL THAT HE DOES NOT OPPOSE
RESPONDENTS' MOTION TO HOLD CASE IN ABEYANCE

Jaime Garza-Arizpe, ("Mr. Garza"), through the undersigned,[1] hereby advises this Honorable Court that he does not oppose the motion of Respondents to hold his case in abeyance, pending full and final resolution of *Salazar-Regino v. Trominski*, CA B-02-045.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was personally delivered to Lisa Putnam, SAUSA, at 1701 Zoy, Harlingen, Texas, on May 6, 2003.

_____

[1]    The undersigned did not previously agree to said motion because there was some indication that Petitioner no longer desired to be represented by her. That issue has been resolved.