10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-03-037 |
| ARRON CABRERA, Acting Director, | § | |
| INS HLG/DO, and | § | |
| JOHN ASHCROFT, Attorney | § | |
| General of the United States | § | |
| | § | |
| Respondents. | § | |

**UNOPPOSED MOTION TO STAY REMOVAL**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, the parties respectfully submit that pending a final decision in Salazar-Regino, 03-41492, the Court stay the enforcement of any final removal proceedings pending a final resolution of Salazar-Regino and the consolidated cases.

Respectfully submitted,

1

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____, AUSA,
For: STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Stay Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

For: STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on this the 27th day of May, 2004.

For: STEVEN T. SCHAMMEL
Assistant United States Attorney