11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-037 |
| ARRON CABRERA, Acting Director, INS HLG/DO, and JOHN ASHCROFT, Attorney General of the United States | § § § § § § | |
| Respondents. | § | |

## ORDER

Upon consideration of the UNOPPOSED MOTION TO STAY REMOVAL, the Court finds that the Motion should be granted.

It is ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in <u>Salazar-Regino v. Trominski</u> and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of <u>Salazar-Regino v. Trominski</u> and the consolidated cases.

Done this 27th day of MAY, 2004, in Brownsville, Texas.

Judge John William Black
United States District Judge

3