United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAIME GARZA-ARIZPE, | ) |
| | ) |
| v. | ) C.A. No. B-03-037 |
| | ) |
| AARON CABRERA, ACTING DIRECTOR | ) |
| INS HLG/DO, and | ) |
| JOHN ASHCROFT, ATTORNEY | ) |
| GENERAL OF THE UNITED STATES. | ) |

**PETITIONER'S OPPOSED MOTION FOR ORDER TO SHOW CAUSE, AND FOR A HEARING TO DETERMINE WHETHER HE SHOULD BE RELEASED FROM DETENTION**

Jaime Garza-Arizpe, ("Mr. Garza"), through the undersigned, files the instant opposed motion for a an Order to Show Cause, ordering Respondents to show cause why he should not be released from detention until his case has been fully and finally adjudicated, in accordance with the prior agreement of the parties. In support of same, Respondent would show as follows:

On February 10, 2003, Petitioner filed a writ of habeas corpus in the case at bar. Pursuant to agreement of the parties, he was not to be deported or detained, absent extenuating circumstances, such as commission of a new offense. By Order dated May 5, 2003, proceedings on his case were stayed, pending resolution of *Salazar-Regino v. Trominski*, CA B-02-045, which case is currently on appeal to the Fifth Circuit, No. 03-41492.

Petitioner resides in Pharr, Texas. On or about May 26, 2004, Petitioner was boarding an aircraft, to go to a jobsite, in New Orleans, Louisiana, when he was taken into custody by Respondents. He is currently being held in what appears to be a county jail, in New Orleans, Louisiana. To the best of the knowledge and belief of the undersigned, he has not committed any further offense, or taken any action such as would warrant his detention, under the agreement

worked out by the parties. Petitioner apparently made what was previously known as a "Fleuti-type" departure, during the proceedings, but in accordance with *Zalawadia v. Ashcroft,* 371 F.3d 292, (5th Cir. 2004), this does not affect his habeas proceedings.

Petitioner's family depends on his income. He has stable roots in the community, and there is no reason to believe that he would be either a danger to the community, or a flight risk. Petitioner considers that his detention serves no purpose other than to pressure him to relinquish his legal struggle to maintain his residence in this country, and as such, is more nearly retaliatory than justified. Respondents assert that they have no detention space in the Valley, and that for this reason, he is being held in jail-like conditions in New Orleans, where neither his counsel, nor his family, can visit him, or communicate easily with him.

Insofar as Lisa Putnam, SAUSA, was out of the office for health reasons when Mr. Garza-Arizpe was taken into custody in late May, 2004, the undersigned has been conferring with Steven Schammel, AUSA, who, after lengthy consultation with Lisa Putnam and others, stated that Respondents were opposed to the instant motion.

WHEREFORE, it is respectfully urged that this Court issue an Order to Show Cause, ordering the Respondents to show cause why Petitioner is being detained, and in the absence of such cause, order his release from detention, in accordance with the original agreement of the parties.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney

2

17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID.  1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing, with proposed Order, was mailed, first-class postage prepaid, to Steven Schammel, AUSA, 1701 W. Bus 83, #600, McAllen, Texas, 78501, and to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on August 2, 2004.

