

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 04 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE | * | |
| | * | |
| VS | * | C.A. NO. B-03-03-037 |
| | * | |
| AARON CABRERA, ET AL | * | |

## ORDER SETTING HEARING

A hearing on Petitioner's Motion for Order to Show Cause and to Determine Whether He Should be Released from Detention, in above-captioned and numbered cause of action, has been set for **August 6, 2004, at 9:00 a.m.**, before Magistrate Judge Felix Recio.

The Immigration and Naturalization Service shall produce the Petitioner for said hearing.

DONE at Brownsville, Texas, this 4th day of August 2004.

Felix Recio
United States Magistrate Judge