| | | |
|---|---|---|
| COURTROOM MINUTES | : | **Felix Recio, Judge Presiding**<br>**Southern District of Texas, Brownsville Division** |
| Courtroom Clerk | : | Linda Garcia |
| ERO | : | Bertha Vasquez |
| INTERPRETER | : | Sandra Cortez - present not needed |
| PSAO | : | |
| DUSM | : | Homer Rosales |
| Date | : | August 6, 2004 |

United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

---

# CIVIL NO. B-03-037

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE | * | Lisa Brodyaga |
| | * | |
| VS. | * | |
| | * | |
| AARON CABRERA, ACTING DIRECTOR INS | * | Lisa M. Putman |

---

**HEARING ON PETITIONER'S MOTION FOR ORDER TO SHOW AND TO DETERMINE WHETHER HE SHOULD BE RELEASED FROM DETENTION**

Attorney for Petitioner and Respondent present and ready.

Presentation, response and arguments made.

The Motion taken under advisement.