# TRANSCRIPT ORDER

AO435 (Rev. 1/90) — ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Read Instructions on Back.*

**FOR COURT USE ONLY**
DUE DATE:
United States District Court
Southern District of Texas
FILED
AUG 9 2004
Michael N. Milby
Clerk of Court

| # | Field | Value |
|---|---|---|
| 1 | NAME | Felix Recio |
| 2 | PHONE NUMBER | 956/548-2701 |
| 3 | DATE | August 6, 2004 |
| 4 | MAILING ADDRESS | 600 E. Harrison, #203 |
| 5 | CITY | Brownsville |
| 6 | STATE | TX |
| 7 | ZIP CODE | 78520 |
| 8 | CASE NUMBER | C.A. B-03-037 |
| 9 | JUDICIAL OFFICIAL | Felix Recio |
| 10 | FROM | 8/6/04 |
| 11 | TO | 8/6/04 |
| 12 | CASE NAME | JAIME GARZA-ARIZPE VS AARON CABRERA, ET AL |
| 13 | CITY | Brownsville |
| 14 | STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Motion Hearing | 08/06/04 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ✓ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Recio
19. DATE: August 6, 2004

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 8/9/04 | RV | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | 8/9/04 | BrV | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | |
| PARTY RECEIVED TRANSCRIPT | | | | |

(Previous editions of this form may still be used) ORIGINAL- COURT COPY  YELLOW- TRANSCRIPTION COPY  GREEN- ORDER RECEIPT  PINK- ORDER COPY