UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE | § | |
| | § | |
| | § | |
| v. | § | CIV. ACTION NO. B-03-037 |
| | § | |
| | § | |
| AARON CABBRERA, et al. | § | |

### ORDER

Pending before the Court is Petitioner's Opposed Motion for Order to Show Cause and For a Hearing to Determine Whether He Should be Released from Detention (Docket No. 12).

On August 6, 2004, a hearing was held on the motion to allow the parties an opportunity to argue their respective positions. The motion is now ripe for judgment.

After duly considering the motion and all relevant argument and support therefor, the Court has determined that Petitioner's Motion (Docket No. 12) should be DENIED as the Court does not have the authority to order Petitioner's release. *See Rumsfeld v. Padilla*, 124 S.Ct. 2711, 2723 (2004).

IT IS SO ORDERED.

DONE at Brownsville, Texas this 17th day of August, 2004.

Felix Recio
United States Magistrate Judge