

United States District Court
Southern District of Texas
FILED

AUG 19 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE | § | CASE NO. CA B-03-037 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | AUGUST 6, 2004 |
| AARON CABRERA, ET AL | § | 9:13 A.M. TO 9:38 A.M. |

<u>SHOW CAUSE HEARING</u>

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Petitioner:        SEE NEXT PAGE

For the Respondent:        SEE NEXT PAGE

Court Recorder:            Bertha A. Vasquez

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (office)
(713) 697-4722 (fax)

**Proceedings recorded by electronic sound recording,
transcript produced by transcription service.**