UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAIME GARZA-ARIZPE,                  )
v.                                   )     C.A. No. B-03-037
AARON CABRERA, et al,                )
_____      )

### PETITIONER'S UNOPPOSED MOTION TO VACATE STAY OF DEPORTATION

Jaime Garza-Arizpe, ("Mr. Garza"), through the undersigned, files the instant unopposed motion to vacate the Order staying his deportation, so that he may be deported, and await the outcome of his case in Mexico. In support of same, he would show as follows:

On February 10, 2003, Petitioner filed a writ of habeas corpus in the case at bar.  By Order dated May 5, 2003, proceedings on his case were stayed, pending resolution of *Salazar-Regino v. Trominski,* CA B-02-045, which case is currently on appeal to the Fifth Circuit, No. 03-41492.  On May 27, 2004, this Court entered an Order, staying his deportation, "pending further orders of this Court."  However, Mr. Garza would prefer to await the outcome of his case in Mexico.  Therefore, he urges that said stay be vacated.

On June 29, 2005, Lisa Putnam, SAUSA, attorney for Respondents, stated that the Government did not oppose the instant motion.


Respectfully Submitted,

s/

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226          Fed. ID.  1178
(956) 421-3423 (fax)    Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with proposed Order, was electronically served on Lisa Putnam, SAUSA, on June 29, 2005.

s/ Lisa S. Brodyaga