UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JAIME GARZA-ARIZPE,** ) | |
| ) | |
| v.                                                    ) | C.A. No. B-03-037 |
| ) | |
| **AARON CABRERA, ET AL,** ) | |
| ) | |

ORDER GRANTING
**PETITIONER'S UNOPPOSED MOTION TO VACATE STAY OF DEPORTATION**

Before the Court is the unopposed motion to Petitioner Jaime Garza-Arizpe, ("Mr. Garza"), to vacate this Court's Order of May 27, 2004, staying his removal from the Untied States, so that he may be deported, and await the outcome of his case in Mexico.

Good cause appearing therefore, IT IS HEREBY ORDER THAT said motion be GRANTED.

IT IS FURTHER ORDERED that the Order of this Court entered May 27, 2004, staying any enforced departure of Petitioner be, and the same hereby is, VACATED.

DONE at Brownsville, Texas,
this _____ Day of _____, 2005.

_____