IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JAIME GARZA-ARIZPE | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-037 |
| | § | |
| AARON CABRERA, and JOHN ASHCROFT, | § | |
| Attorney General of the United States | § | |

**SHOW CAUSE ORDER**

The parties are hereby **ORDERED** to show cause why this Court should not transfer the above-styled case to the Fifth Circuit pursuant to 8 U.S.C. § 1252 as amended by the Real ID Act, § 106, Pub. L. No. 109-13, 119 Stat. 231 (2005). The parties have until Friday, March 17, 2006, to file a response informing the Court whether it retains jurisdiction over this matter.

Signed in Brownsville, Texas, this 9th day of March, 2006.

Andrew S. Hanen
United States District Judge