UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JAIME GARZA-ARIZPE,** | ) |
| v. | )    C.A. No. B-03-037 |
| **AARON CABRERA, et al,** | ) |

**PETITIONER'S RESPONSE TO SHOW CAUSE ORDER**

Jaime Garza-Arizpe, ("Mr. Garza"), through counsel, hereby responds to the Show Cause Order issued herein on March 9, 2006.

Petitioner agrees that this Court no longer has jurisdiction, and should transfer the instant case to the Fifth Circuit, pursuant to 8 U.S.C. §1252, as amended by the REAL ID Act of 2005, for resolution as a petition for review of the Order of removal.

Respectfully Submitted,

s/

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226           Fed. ID.  1178
(956) 421-3423 (fax)     Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically served on counsel for the Government on March 10, 2006.

s/ Lisa S. Brodyaga