**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JAMIE GARZA-ARIZPE | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. B-03-037 |
| AARON CABRERA, et al. | ) |
| | ) |

**RESPONDENTS' RESPONSE TO SHOW CAUSE ORDER**

Respondents agree this Court no longer has jurisdiction over this case and should

be transferred to the Fifth Circuit Court of Appeals pursuant to the provisions of the

REAL ID Act.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
March 23, 2006                          Federal Bar No. 2393

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Response to Show

Cause Order was automatically accomplished through the Notice of Electronic Filing, on

March 23, 2006, to Lisa Brodyaga, Esquire.


/s/ Lisa M. Putnam_____
LISA M. PUTNAM
Special Assistant United States Attorney