IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMIE GARZA-ARIZPE ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-03-037 |
| AARON CABRERA, et al. ) | |
| ) | |

**ORDER**

Upon consideration of the parties' responses to Show Cause Order,

IT IS ORDERED that this case is transferred to the Fifth Circuit Court of Appeals.

Dated this _____ day of _____, 2006, in Brownsville, Texas.

_____
United States District Court Judge