IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMIE GARZA-ARIZPE | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. B-03-037 |
| AARON CABRERA, et al. | ) |
| | ) |

## ORDER

Upon consideration of the parties' responses to Show Cause Order,

IT IS ORDERED that this case is transferred to the Fifth Circuit Court of Appeals.

Dated this 23rd day of March, 2006, in Brownsville, Texas.

_____
United States District Court Judge