**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**March 28, 2006**

Mr. Charles R. Fulbruge, III, Clerk        Re:    **Jaime Garza-Arizpe**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130                     vs.

                                                 **Aaron Cabrera, et al.**

                                                 CA B-03-037

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of  1  Volume(s) of the record;  1  Volume(s) of the transcript;  1  and of the Administrative Record

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

   Andrew S. Hanen

[ ] Court reporter assigned to this case is    Bertha A. Vasquez

[ ] This case was transferred without a hearing, and, therefore, there will be no transcript.

                                                 Very Truly Yours,

                                                 MICHAEL N. MILBY, CLERK

                                                 BY: *Bertha A Vasquez*
                                                 Bertha A. Vasquez, Deputy Clerk

cc:  Elizabeth Brodyaga, 17891 Landrum Park Rd, San Benito TX 78586
     Lisa M. Putnam, P. O. Box 1711, Harlingen, TX 78551